JAMES R. HAWKINS (SBN 192925)
CHRISTINA M. LUCIO (SBN 253677)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   949.387.7200
Facsimile:   949.387.6676
james@jameshawkinsaplc.com
christina@jameshawkinsaplc.com

Attorneys for Plaintiff
JUSTIN GRANT

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:  925.932.2468
Facsimile:   925.946.9809
giskander@littler.com

ALISON S. HIGHTOWER, Bar No. 112429
TIANA R. HARDING, Bar No. 299189
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  415.433.1940
Facsimile:   415.399.8490
ahightower@littler.com
tharding@littler.com

Attorneys for Defendant
T-MOBILE USA, INC.

[Additional Counsel Listed On Next Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GRANT, individually and on behalf of himself and all others similarly situated, | Case No.  2:21-cv-02268 GW(JEMx) |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| T-MOBILE USA, INC., a Delaware Corporation, and DOES 1-50, inclusive, | Current Date:     April 26, 2021 |
| Defendants. | Proposed Date:   May 10, 2021 |

1.              Case No.  2:21-cv-02268 GW(JEMx)

STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583
kjacoby@littler.com

2.

Case No. 2:21-cv-02268 GW(JEMx)

STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE

1    Plaintiff JUSTIN GRANT ("Plaintiff") and Defendant T-MOBILE USA, INC.

2  ("T-Mobile") (collectively, the "Parties") hereby stipulate and request as follows,

3  through their undersigned counsel:

4    WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") in the

5  Los Angeles Superior Court, Case No. 0STCV48067, on December 16, 2020 (the

6  "Action");

7    WHEREAS, T-Mobile filed an Answer to the Complaint on March 11, 2021;

8    WHEREAS, on March 12, 2021, T-Mobile removed the Action to this Court;

9    WHEREAS, on March 29, 2021, the Court held a Status Conference wherein it

10  set a Scheduling Conference for April 29, 2021;

11    WHEREAS, on March 30, 2021, the Court issued a Minute Order setting the

12  Scheduling Conference for April 26, 2021, although during the March 29, 2021 Status

13  Conference from the bench the Court had set April 29, 2021;

14    WHEREAS, the Parties have been meeting and conferring regarding the claims

15  and allegations in the Action;

16    WHEREAS, Defendant intends to provide additional documents to Plaintiff

17  relating to the background check claims in the Complaint by April 19, 2021;

18    WHEREAS, as a result of receiving further information from Defendant

19  regarding the claims and allegations in the Action, Plaintiff intends to request leave to

20  amend the Complaint in potentially significant ways, including amendment to and/or

21  potential clarification or elimination of certain claims for relief, and will provide

22  Defendant with a proposed First Amended Complaint by April 30, 2021 to further

23  meet and confer to determine if the Parties can stipulate to the filing of a First

24  Amended Complaint;

25    WHEREAS, a short continuance of the Scheduling Conference will promote

26  judicial economy and conserve the resources of the Parties by clarifying and

27  streamlining the pleadings and thus the issues to be resolved;

28    WHEREAS, no other extensions of time have been requested or granted in the

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468

3.

Case No. 2:21-cv-02268 GW(JEMx)

STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE

1  Action;

2       NOW THEREFORE, the Parties, by and through their respective counsel, and

3  subject to the Court's approval, hereby request that the Court continue the Scheduling

4  Conference by two weeks from April 26, 2021 to May 10, 2021 at 8:30 a.m., or as

5  soon thereafter as is convenient for the Court, and that the deadline for the Rule 26(f)

6  Report be continued to May 5, 2021.

7       **IT IS SO STIPULATED.**

8  Dated:  April 19, 2021

9                                        By    */s/ James R. Hawkins*
                                               JAMES R. HAWKINS
                                               CHRISTINA M. LUCIO
10                                             JAMES HAWKINS APLC
                                               Attorneys for Plaintiff
11                                             JUSTIN GRANT

12

13  Dated:  April 19, 2021

14                                       By    */s/ Keith A. Jacoby*
                                               KEITH A. JACOBY
                                               GREGORY G. ISKANDER
15                                             ALISON S. HIGHTOWER
                                               TIANA R. HARDING
16                                             LITTLER MENDELSON, P.C.
                                               Attorneys for Defendant
17                                             T-MOBILE USA, INC

18

19                          **FILER'S ATTESTATION**

20

21       Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all other

22  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

23  content and have authorized the filing.

24  Dated:  April 19, 2021

                                         By    */s/ Keith A. Jacoby*
25                                             KEITH A. JACOBY
                                               GREGORY G. ISKANDER
26                                             ALISON S. HIGHTOWER
                                               TIANA R. HARDING
27                                             LITTLER MENDELSON, P.C.
                                               Attorneys for Defendant
28                                             T-MOBILE USA, INC.

4812-4882-0966.3 / 066431-1078

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Blvd., Suite 600
Walnut Creek, CA  94597
925.932.2468

4.

Case No. 2:21-cv-02268 GW(JEMx)
STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE