James R. Hawkins (SBN 192925)
Christina M. Lucio (SBN 253677)
Mitchell J. Murray (SBN 285691)
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel: (949) 387-7200
Fax: (949) 387-6676
james@jameshawkinsaplc.com
christina@jameshawkinsaplc.com
mitchell@jameshawkinsaplc.com

Attorneys for Plaintiffs,
on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GRANT and SHINIQUA EVANS, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 2:21-cv-02268-GW(JEMx)<br><br>[Originally Los Angeles County Superior Court Case No.: 20STCV48067]<br><br>Assigned to Hon. George H. Wu<br><br>**PLAINTIFF'S NOTICE AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROPOSED NOTICE OF CLASS ACTION SETTLEMENT**<br><br>[*Notice; Supplemental Declaration of James R. Hawkins; [Proposed] Order filed concurrently herewith*]<br><br>Hearing Date: April 24, 2023<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Complaint Filed: December 16, 2020<br>Trial Date: None Set |

**TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on April 24, 2023 at 8:30 a.m. before the Honorable George H. Wu in Courtroom 9D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff SHINIQUA EVANS, on behalf of herself and all others similarly situated, will, and hereby does, move this Court for an Order which has the effect of doing the following:

1. Granting preliminary approval of the proposed settlement set forth in the Joint Stipulation of Class and Representative Action Settlement ("Settlement Agreement") attached as **Exhibit 1** to the Declaration of James R. Hawkins;

2. Approving the Notice Packet attached as Exhibits A, D1 and D2 (FCRA & WH), D2 (FCRA only), and D2 (W&H only) to the Settlement Agreement, to be sent to the Settlement Class which will advise them of the pendency and nature of the actions, the proposed Settlement, the schedule and procedure for participating in the Settlement, the claims to be released, the schedule and procedure for filing claims for the FCRA portion of the Settlement, requests for exclusion from the Settlement or objections to the Settlement, if any, and of the final approval hearing date.

3. Setting a Final Fairness Hearing to consider Final Approval of the proposed Settlement; and

4. Setting a hearing date and briefing schedule to consider Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and Class Representatives Enhancement Payments, to be held concurrently with the Final Fairness Hearing.

This motion is made on the grounds that Plaintiff SHANIQUA EVANS and Defendant T-MOBILE USA, INC. have reached a proposed settlement which they

1

believe to be fair, reasonable and adequate and in the best interests of the Settlement Class and the Parties.

This motion is based on this Notice of Renewed Motion, Memorandum of Points and Authorities in Support thereof, Supplemental Declaration of James R. Hawkins, the Declaration of Shaniqua Evans (previously submitted herein), the Declaration of James R. Hawkins and its exhibits (previously submitted herein), and the Proposed Order Granting Preliminary Approval of the Class and Representative Action Settlement, filed and served herewith and any other documents or evidence which the Court may consider to rule on this motion

Respectfully submitted,

Dated: March 27, 2023

**JAMES HAWKINS APLC**

By:  /s/Christina M. Lucio
James R. Hawkins, Esq.
Christina M. Lucio, Esq.
Mitchell J. Murray, Esq.

Attorneys for Plaintiff and the
Settlement Class