## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-2268-GW-JEMx | Date | October 5, 2023 |
|---|---|---|---|
| Title | *Justin Grant v. T-Mobile USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christina M. Lucio | Keith A. Jacoby |
| Paul Brown | Baruch Y. Kreiman, objector |

**PROCEEDINGS:** **PLAINTIFF SHANIQUA EVANS' MOTION FOR FINAL APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE [92]; and PLAINTIFF SHINIQUA EVANS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE ENHANCEMENT UNDER RULE 23(h) [93]**

The Court's Tentative Ruling on Plaintiffs' Motions [92, 93], was issued on October 3, 2023 [96]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiffs' Motions are GRANTED.

Objector Enrique Paredes, Jr.'s request to opt-out and be relieved from the class action settlement is granted.

Counsel for Plaintiffs is to file revised proposed orders forthwith.

                                                                                        :    15

                                                            Initials of Preparer    JG